17 So.3d 305 (2009)
Rodney FURNEY, Petitioner,
v.
STATE of Florida, Respondent.
No. 4D08-3353.
District Court of Appeal of Florida, Fourth District.
January 28, 2009.
Sharon Lee Stedman, Orlando, for petitioner.
Bill McCollum, Attorney General, Tallahassee, and Laura Fisher Zibura, Assistant Attorney General, West Palm Beach, for respondent.
Prior report: 932 So.2d 208.
PER CURIAM.
Denied. See Garzon v. State, 980 So.2d 1038 (Fla.2008).
GROSS, C.J., POLEN and HAZOURI, JJ., concur.